[No. 7577-0-III.  Division Three.  March 19, 1987.]

*In the Matter of* STEPHANIE BECK, ET AL.

STEVEN BECK, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from judgments of the Superior Court for Walla Walla County, Nos. 85-7-00067-5, 85-7-00066-7, Yancey Reser, J., entered January 3 and 9, 1986. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.

[No. 16584-4-I.  Division One.  March 23, 1987.]

MARTIN FREEMAN, *Appellant*, v. DOMINIC V. PAPETTI, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-00222-1, David A. Nichols, J., entered April 2, 1985. *Affirmed* by unpublished opinion per Armstrong, J. Pro Tem., concurred in by Andersen and Ennis, JJ. Pro Tem.

[No. 15583-1-I.  Division One.  March 23, 1987.]

*In the Matter of the Estate of*
PATRICK R. O'LEARY.

HELEN WEIGGANDS, *Appellant*, v. ELIZABETH LAMBERTO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-4-04165-9, Robert W. Winsor, J., entered October 16, 1984. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Ringold and Pekelis, JJ.